UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
PAUL DIPIETRO,
MARIE ZWEIG,

                            Plaintiff,                        Ind. No. 22-CV-07943
                                                              (BMC)
              -against-

NEW YORK STATE UNIFIED COURT SYSTEM,                **NOTICE OF MOTION**
NEW YORK STATE OFFICE OF COURT                         **TO DISMISS THE**
ADMINISTRATION, JANET DIFIORE, LAWRENCE K.      **COMPLAINT**
MARKS, JUSTIN BARRY, NANCY BARRY, ROSEMARY
MARTINEZ-BORGES, JENNIFER DILALLO, SHAWN
KERBY, KEITH MILLER, LINDA DUNLAP-MILLER,
SCOTT MURPHY, MICHELLE SMITH, JOHN SULLIVAN
and DAN WEITZ,

                                      Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of UCS and OCA's Motion to Dismiss, dated March 14, 2023, the Declaration of Michael Siudzinski, dated March 14, 2023, together with its exhibits, and all the pleadings and proceedings herein, Defendant New York State Unified Court System will move this Court by submission of papers before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time of the Court's choosing, for an order dismissing the Complaint in its entirety and with prejudice, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, as set forth by the Court, any papers in opposition to this motion shall be filed and served no later than March 21, 2023.

Dated: New York, New York
       March 14, 2023

                                         Yours, etc.,

                                         ANTHONY R. PERRI
                                         Acting Counsel
                                         <u>Attorney for UCS and OCA</u>
                                         By:

                                         _____/S/_____
                                         MICHAEL J. SIUDZINSKI
                                         Assistant Deputy Counsel
                                         25 Beaver Street
                                         New York, New York 10004
                                         (212) 428-2150

To:    Chad LeVeglia, Esq. (via ECF)
        *Counsel for Plaintiff*